_AO91 (Rev. 01)  Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

US MAGISTRATE COURT
GRG-SDTX
FILED

AUG 2 0 2014   3C

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Jose Luis HERNANDEZ
Nuevo Laredo, Mexico
Mexico

(Name and Address of Defendant)

FPD
DET/PE
8/26/14

**CRIMINAL COMPLAINT**

Case Number: 5:14MJ1094

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 18, 2014** in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Jose Luis HERNANDEZ** defendant(s),
(Date)

did knowingly, willfully, and unlawfully conspire to possess with the intent to distribute a controlled substance listed under Schedule II, Title II of the Controlled Substances Act, to wit: approximately 20.2 kilograms, (gross weight) of crystal methamphetamine, and knowingly and intentionally possessed with the intent to distibute the above mentioned controlled substance.

in violation of Title **21** United States Code, Section(s) **841 (a) (1) and 846**

I further state that I am a(n) **Special Agent, Homeland Security Investigations** and that this complaint is based on the
Official Title

following facts: based on statements of the accused and records of the Immigration & Customs Enforcement.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

**Micah Acox**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 20, 2014**                               at    Laredo, Texas
Date                                                        City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

United States of America                                                                                         Page 2

vs

Jose Luis HERNANDEZ

[CONT OF BASIS OF COMPLAINT]

On August 18, 2014 at approximately 4:15 p.m., U.S. Border Patrol Agent (BPA) Blair Southcott was working at the Laredo, TX I-35 Checkpoint when GMC Envoy bearing Texas plates CNY 3762 approached the primary inspection lane. BPA Canine Handler Derrick Stamper advised BPA Blair Southscott that his service canine "IHU" was alerting to the presence of contraband in the vehicle. The vehicle and sole occupant, Jose Luis HERNANDEZ, were referred to secondary inspection area for further examination.

During the inspection of the vehicle, BP agents discovered a trap door in the rear floor area which when opened granted access to the gas tank. Inspection of the gas tank revelead 26 PVC pipes about 10 inches in length sealed with a blue substance on both ends. One of the PVC pipes was opened which revealed a bundle wrapped in purple cellophane paper, the substance inside the bundle field tested positive for methamphetamine.

Homeland Security Investigations (HSI) special agents read HERNANDEZ his rights pursuant to Miranda in the Spanish language. HERNANDEZ waived his rights in writing and agreed to answer questions without an attorney being present.

HERNANDEZ stated earlier today he picked up the vehilce from a female at the HEB downtown parking lot in Laredo, Texas, and that he was to deliver the vehicle to two male subject in Dallas, Texas, later the same day.

Upon further questioning, HERNANDEZ, stated that didn't know what was inside the vehicle but that four days ago he agreed to transport it and admitted that he was to be paid $3,000 USD for upon delivery of the vehicle in Dallas, Texas.